[No. 64126-3-I.   Division One.   January 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD H. COCHRANE, *Appellant*.

*Reversed* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 64169-7-I.   Division One.   January 10, 2011.]

ANNE HORNER, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.

[No. 64254-5-I.   Division One.   January 10, 2011.]

COURTNEY SHIMADA ET AL., *Appellants*, v. THE QUADRANT CORPORATION ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 64407-6-I.   Division One.   January 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL KNOWLES, *Appellant*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.